Honorable Mary Jo Heston
'Chapter 7
Location: Tacoma

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re ) No. 23-40198
)
) OBJECTION TO DISMISSAL
JENNIFER NICHOLE KELLY, )
)
Debtor. )
)

COMES NOW the Trustee, Kathryn A. Ellis, and states as follows:

1. The debtor filed a Chapter 13 petition on February 10, 2023 that was converted to Chapter 7 on June 20, 2023.

2. The debtor failed to file post conversion schedules when due on July 6, 2023 and an Order to Show Cuase was issued on July 7th, 2023 regarding the same.

3. The 341 meeting of creditors in the chapter 7 proceeding was July 18th, 2023 but the debtor failed to appear so that matter was continued to August 1, 2023.

4. The trustee is investigating the debtor's claim that the security interest of TwinStar Credit Union was allegedly 'released' on a 2018 Hyundai Kona, and requests that this matter not be dismissed until that has been accomplished.

DATED this 18th day of July, 2023.

/s/ Kathryn A. Ellis
Kathryn A. Ellis, Trustee

P:\OneDrive - Kathryn A Ellis\Shared\341\2023\080123\kelly_object_dis.wpd

KATHRYN A. ELLIS PLLC
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002

**OBJECTION TO DISMISSAL- 1**